AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 03, 2024**

SEAN F. McAVOY, CLERK

RYAN SCOTT ADAMS,
    *Plaintiff*
v.
ROBERT JACKSON, C/O PIERSON, RS HIEDI GRIFFITH, RS MICHELLE GULLON, JASON MARTIN, ALFREDO LOMELI, JASON RICHER, ROBERTO MENDIOLA, CC3 CHRISTOPHER ALANIZ, SGT REHBURG, C/O TYLER JADIN, SGT BIDDESOMBE, C/O LINDA GOMEZ-SALAZAR, DHO REINO, DHO MORENO, SGT JOHN DOE #4, CHARLES ANDERSON, and MICHAEL HATHAWAY,
    *Defendant*

Civil Action No. 4:24-cv-05041-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: This action is DISMISSED in part for failure to state a claim under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1), and in part with leave to file unrelated claims against newly named Defendants arising after April 19, 2024, in a new and separate action.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian

Date: 10/3/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams
    *(By) Deputy Clerk*
Lee Reams